UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECTV, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>NEXSTAR MEDIA GROUP, INC.; MISSION BROADCASTING, INC.; and WHITE KNIGHT BROADCASTING, INC.,<br><br>        Defendants. | Case No. |

**DIRECTV, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff DIRECTV, LLC makes the following disclosures:

1. DIRECTV, LLC is a wholly-owned subsidiary of DIRECTV Holdings LLC. DIRECTV Holdings LLC is a wholly-owned subsidiary of DIRECTV Financing, LLC. DIRECTV Financing, LLC is a wholly-owned subsidiary of DIRECTV Financing Holdco, LLC. DIRECTV Financing Holdco, LLC is a wholly-owned subsidiary of DIRECTV Entertainment Holdings LLC. DIRECTV Entertainment Holdings LLC is jointly-owned by AT&T Inc. and TPG VIII Merlin Investment Holdings, L.P.

2. AT&T Inc. is a publicly held corporation. No one person or group owns 10% or more of the stock of AT&T Inc.

3. TPG VIII Merlin Investment Holdings, L.P. is a privately held limited partnership.

Dated: March 14, 2023                                Respectfully submitted,


By:     /s/ Olivier N. Antoine

Glen G. McGorty
Olivier N. Antoine
Jared Levine
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, New York 10022
(212) 223-4000
gmcgorty@crowell.com
oantoine@crowell.com
jalevine@crowell.com

Jason C. Murray (*pro hac vice* forthcoming)
Jordan L. Ludwig (*pro hac vice* forthcoming)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 622-4750
jmurray@crowell.com
jludwig@crowell.com

*Attorneys for Plaintiff DIRECTV, LLC*